In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-20-00013-CV
_____

## LARRY BROWNE AND NORLYN ENTERPRISES, INC. D/B/A DILIGENT DELIVERY SYSTEMS, Appellants

## V.

## MICHAEL MILLER, Appellee

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 18-05-05648-CV

## MEMORANDUM OPINION

Appellants filed a motion to dismiss this appeal. The motion appears to be voluntarily made by the Appellants and it was made prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on March 4, 2020
Opinion Delivered March 5, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.